Ryan Lee, Esq. (SBN 235879)
Nick Bontrager, Esq. (SBN 252114)
Krohn & Moss, Ltd.
5055 Wilshire Blvd, Suite 300
Los Angeles, CA  90036
T: (323) 988-2400; F: (866) 802-0021
rlee@consumerlawcenter.com
rlee@consumerlawcenter.com
Attorneys for Plaintiff

### IN THE UNITED STATES DISTRICT COURT,
### EASTERN DISTRICT OF CALIFORNIA- SACRAMENTO DIVISION

| | |
|---|---|
| KARISSA CUNNINGHAM, ) | Case No.: |
| ) | |
| ) | **COMPLAINT AND DEMAND FOR** |
| Plaintiff, ) | **JURY TRIAL** |
| ) | |
| vs. ) | **(Unlawful Debt Collection Practices)** |
| ) | |
| NCO FINANCIAL SYSTEMS, INC, ) | |
| ) | |
| Defendant. ) | |

## COMPLAINT

KARISSA CUNNINGHAM (Plaintiff), by her attorneys, KROHN & MOSS, LTD., alleges the following against NCO FINANCIAL SYSTEMS, INC. (Defendant):

### INTRODUCTION

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).  According to the FDCPA, the United States Congress has found abundant evidence of the use of abusive, deceptive, and unfair debt collection practices by many debt collectors, and has determined that abusive debt collection practices contribute to the number of personal bankruptcies, to marital instability, to the loss of jobs, and to invasions of individual privacy.  Congress wrote the FDCPA to eliminate abusive debt collection practices by debt collectors, to insure that those debt collectors who refrain from using abusive debt collection practices are not competitively

disadvantaged, and to promote consistent State action to protect consumers against debt collection abuses. *15 U.S.C. 1692(a) – (e)*.

2. Plaintiff brings this action to challenge Defendant's actions with regard to attempts by Defendant, a debt collector, to unlawfully and abusively collect a debt allegedly owed by Plaintiff, and this conduct caused Plaintiff damages.

3. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## JURISDICTION AND VENUE

4. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy".

5. Because Defendant maintains a business office and conducts business in the state of California, personal jurisdiction is established.

6. Venue is proper pursuant to *28 U.S.C. 1391(b)(1)*.

7. Declaratory relief is available pursuant to *28 U.S.C. 2201 and 2202*.

## PARTIES

8. Plaintiff is a natural person who resides in Clarksville, Montgomery County, Tennessee, and is allegedly obligated to pay a debt and is a "consumer" as that term is defined by *15 U.S.C. 1692a(3)*.

9. Defendant is a national company with a business office in Rancho Cordova, Sacramento County, California.

10. Defendant uses instrumentalities of interstate commerce or the mails in any business the principal purpose of which is the collection of any debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or

COMPLAINT

due another and is a "debt collector" as that term is defined by *15 U.S.C. § 1692a(6)*.

## FACTUAL ALLEGATIONS

11. Defendant contacted Plaintiff at 7:23 AM seeking and demanding payment on an alleged debt (see phone records attached hereto as Exhibit "A").

12. Defendant threatened Plaintiff that it would file a lawsuit when seeking and demanding payment of an alleged debt.

13. Defendant has yet to file a lawsuit against Plaintiff.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

14. Defendant violated the FDCPA based on the following:

    a. Defendant violated *§1692c(a)(1)* of the FDCPA by contacting Plaintiff at an unusual time known to be inconvenient to the Plaintiff, before 8:00 AM.

    b. Defendant violated *§1692d* of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress, or abuse the Plaintiff.

    c. Defendant violated *§1692e* of the FDCPA by using false, deceptive and misleading representation and means in connection with the debt collection.

    d. Defendant violated *§1692e(5)* of the FDCPA by threatening to take action that is not intended to be taken.

    e. Defendant violated *§1692e(10)* of the FDCPA by using false representation and deceptive means to collect a debt or obtain information about a consumer.

15. As a direct and proximate result of one or more or all of the statutory violations above Plaintiff has suffered emotional distress (see Exhibit "B").

WHEREFORE, Plaintiff, KARISSA CUNNINGHAM, respectfully requests judgment be entered against Defendant, NCO FINANCIAL SYSTEMS, INC., for the following:

16. Declaratory judgment that Defendant's conduct violated the Fair Debt Collection Practices Act,

17. Statutory damages pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

18. Actual damages,

19. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

20. Any other relief that this Honorable Court deems appropriate.

## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff, KARISSA CUNNINGHAM, demands a jury trial in this cause of action.

                                      RESPECTFULLY SUBMITTED,

DATED: November 12, 2008       KROHN & MOSS, LTD.

                                 By:     /s/ Ryan Lee
                                          Ryan Lee
                                          Attorney for Plaintiff

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF CALIFORNIA

Plaintiff, KARISSA CUNNINGHAM, states as follows:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, KARISSA CUNNINGHAM, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DATE: 11-11-08

KARISSA CUNNINGHAM

# EXHIBIT A

COMPLAINT

Welcome,    Account No. 721473686-00001    View Message Center

## My Current Usage

Details for: [ 440-339-1462 ▼ ] ← *my cell phone #*

The following reflects current usage since your last statement ⓘ
This estimate may not include usage outside your Local Calling Area, and may not take into account any promotional or bonus allowance you may have.

*NCO Acct # 700812711*

### Minutes Messages Data

**2794 Shared Anytime Minutes used**
**Cycle ends 11/16/08**

Viewing 241 - 260 of 330 results.    First / Previous 12 | **13** | 14 Next / Last   All

| Date | Time | Number | Minutes | Desc |
|---|---|---|---|---|
| 10/25/2008 | 10:19 AM | Moe Jack | 1 | MOBILE |
| 10/25/2008 | 10:08 AM | Moe Jack | 1 | INCOMING |
| 10/25/2008 | 8:05 AM | 8007614990 | 1 | INCOMING |
| 10/25/2008 | 8:03 AM | 8007614990 | 1 | INCOMING |
| 10/24/2008 | 9:37 PM | Dianes cell | 1 | INCOMING |
| 10/24/2008 | 9:00 PM | Gina | 1 | WILLOUGHBY |
| 10/24/2008 | 8:50 PM | 8086539999 | 11 | INCOMING |
| 10/24/2008 | 7:03 PM | 4403509090 | 26 | PAINESVL |
| 10/24/2008 | 5:36 PM | Dianes cell | 2 | INCOMING |
| 10/24/2008 | 4:34 PM | 9999999999 | 63 | INCOMING |
| 10/24/2008 | 4:28 PM | Gina | 6 | WILLOUGHBY |
| 10/24/2008 | 4:25 PM | 9315614637 | 1 | CLARKSVL |
| 10/24/2008 | 3:36 PM | Gina | 50 | WILLOUGHBY |
| 10/24/2008 | 3:11 PM | 9315614637 | 2 | INCOMING |
| 10/24/2008 | 2:40 PM | Gina | 1 | INCOMING |
| 10/24/2008 | 11:18 AM | 3125789361 | 8 | INCOMING |
| 10/24/2008 | 7:29 AM | 8007614990 | 9 | TOLL-FREE |
| 10/24/2008 | 7:23 AM | 8007614990 | 2 | TOLL-FREE |
| 10/24/2008 | 7:23 AM | 8007614990 | 1 | INCOMING |
| 10/24/2008 | 7:18 AM | Gina | 1 | WILLOUGHBY |

*NCO → (arrows pointing to the two 8007614990 rows at 8:05 AM and 8:03 AM)*
*NCO → (arrow pointing to the 7:23 AM 8007614990 INCOMING row)*

# **EXHIBIT B**

I have suffered from the following due to, or made worse by, the actions of the Defendant's debt collection activities:

1. Sleeplessness — YES NO
2. Fear of answering the telephone — **YES** NO
3. Nervousness — YES NO
4. Fear of answering the door — YES NO
5. Embarrassment when speaking with family or friends — YES NO
6. Depressions (sad, anxious, or "empty" moods) — YES NO
7. Chest pains — YES NO
8. Feelings of hopelessness, pessimism — YES NO
9. Feelings of guilt, worthlessness, helplessness — **YES** NO
10. Appetite and/or weight loss or overeating and weight gain — YES NO
11. Thoughts of death, suicide or suicide attempts — YES NO
12. Restlessness or irritability — YES NO
13. Headache, nausea, chronic pain or fatigue — YES NO
14. Negative impact on my job — YES NO
15. Negative impact on my relationships — YES NO

Other physical or emotional symptoms you believe are associated with abusive debt collection activities: _____

_____
_____
_____
_____
_____

Pursuant to 28 U.S.C. § 1746(2), I hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Dated: 11-11-08

_Karissa Cunningham Coverson_
Signed Name

_Karissa Cunningham-Coverson_
Printed Name