Ryan Lee, Esq. (SBN 235879)
Nick Bontrager, Esq. (SBN 252114)
Krohn & Moss, Ltd.
10635 Santa Monica Blvd, Suite 170
Los Angeles, CA  90025
T: (323) 988-2400; F: (866) 802-0021
rlee@consumerlawcenter.com
Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT,
## EASTERN DISTRICT OF CALIFORNIA- SACRAMENTO DIVISION

| | |
|---|---|
| KARISSA CUNNINGHAM, ) | **Case No.: 2:08-cv-02721** |
| Plaintiff, ) | |
| ) | **VOLUNTARY DISMISSAL** |
| vs. ) | |
| NCO FINANCIAL SYSTEMS, INC, ) | **(Unlawful Debt Collection Practices)** |
| Defendant. ) | |

### VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, KARISSA CUNNINGHAM, by and through his attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case with prejudice.

Dated: February 11, 2009                                        KROHN & MOSS, LTD.

                                                                                By: /s/ Ryan Lee

                                                                                Attorney for Plaintiff,
                                                                                KARISSA CUNNINGHAM